UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOSHUA WARD,

      Plaintiff,

v.

CALIFORNIA DEPARTMENT OF TRANSPORTATION (CALTRANS), CALIFORNIA AMTRAK, STATE OF CALIFORNIA, JACOB KEATING SACRAMENTO COUNTY, CITY OF SACRAMENTO, YOLO COUNTY, WEST SACRAMENTO CITY, and UNION PACIFIC RAILROAD COMPANY, et al.,

      Defendants.
_____/

NO. Cr. S-04-0678 FCD PAN

**AMENDED**
ORDER TO SHOW CAUSE

----oo0oo----

On April 5, 2004, this action was removed from Sacramento Superior Court to this court. On August 4, 2004, a Status (Pretrial Scheduling) Order was issued setting all case management dates up to and including a trial date.

1  On April 12, 2005, defendants' Union Pacific, and National Railroad Passenger Corp. (AMTRAK) filed a Motion for Summary Judgment to be heard on May 27, 2005.

4  A preliminary review of the file and the docket, in preparation for the pending motion, shows that no return of service has been filed showing service was completed upon defendants Jacob Keating, Sacramento County, City of Sacramento, Yolo County, and City of West Sacramento as required by Fed R. Civ. P. 4(l) and Local Rule 4-20(b).

10  The court, therefore, makes the following orders:

11  1.  Plaintiff is ordered to show cause why defendants Jacob Keating, Sacramento County, City of Sacramento, Yolo county, and City of West Sacramento should not be dismissed for failure to timely serve pursuant to Fed. R. Civ. P. 4(m).

15  2.  Plaintiff shall file their response to the Order to Show Cause on or before May 20, 2005.

17  3.  Accordingly, the hearing on the motion for summary judgment set for May 13, 2005 is VACATED and RESET for May 27, 2005 at 10:00 a.m.  The hearing on the order to show cause shall follow the motion hearing.

21  IT IS SO ORDERED.

22  DATED: May 3, 2005.

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE