B. CLYDE HUTCHINSON, 037526
AN H. NGUYEN, 215453
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION,
UNION PACIFIC RAILROAD COMPANY, AND
STATE OF CALIFORNIA, DEPARTMENT OF
TRANSPORTATION/CALTRANS

UNITED STATES DISTRICT COURT—

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA WARD, FONDA WARD,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION/CALTRANS; CALIFORNIA AMTRAK; STATE OF CALIFORNIA; JACOB KEATING; COUNTY OF SACRAMENTO; COUNTY OF YOLO; CITY OF WEST SACRAMENTO; UNION PACIFIC RAILROAD COMPANY, a business organization of unknown status; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. CIV. S-04-678 FCD PAN<br><br>**STIPULATION AND ORDER RE DISMISSAL OF CALIFORNIA DEPARTMENT OF TRANSPORTATION/CAL TRANS WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN COSTS** |

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

13249-33556 AHN 501096.1
- 1 -
STIPULATION AND ORDER FOR DISMISSAL OF CALTRANS

IT IS HEREBY STIPULATED by and between Plaintiffs Joshua Ward and Fonda Ward and Defendants California Department of Transportation/CalTrans and Union Pacific Railroad Company, through their designated counsel, that:

1.     For the purposes of this litigation only, Defendant Union Pacific Railroad Company owns and maintains the lower level of the I-Street Bridge where Plaintiff Joshua Ward sustained injuries, which are the subject of the present lawsuit, on or about March 8, 2003.

2.     The above-captioned action be and hereby is dismissed with prejudice as to Defendant California Department of Transportation/CalTrans pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party agrees to bear their own costs.

DATED:  May 23, 2005

                              LOMBARDI, LOPER & CONANT, LLP

                              By:     /s/ An H. Nguyen
                                     AN H. NGUYEN
                              Attorney For Defendants CalTrans/Amtrak/Union Pacific

DATED:  May 25, 2005

                              LAW OFFICES OF ROBERT A. PIERING, ESQ.

                              By:     /s/ Robert A. Piering
                                     ROBERT A. PIERING
                                     Attorneys for Plaintiffs

**ORDER**

It is so ordered.

DATED: May 26, 2005

                              By: /s/ Frank C. Damrell Jr.
                                 FRANK C. DAMRELL JR.
                                 US DISTRICT JUDGE

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

13249-33556 AHN 501096.1         - 2 -
**STIPULATION AND ORDER FOR DISMISSAL OF CALTRANS**