B. CLYDE HUTCHINSON, 037526
AN H. NGUYEN, 215453
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION,
UNION PACIFIC RAILROAD COMPANY, AND
STATE OF CALIFORNIA, DEPARTMENT OF
TRANSPORTATION/CALTRANS

UNITED STATES DISTRICT COURT—

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA WARD, FONDA WARD,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION/CALTRANS; CALIFORNIA AMTRAK; STATE OF CALIFORNIA; JACOB KEATING; COUNTY OF SACRAMENTO; COUNTY OF YOLO; CITY OF WEST SACRAMENTO; UNION PACIFIC RAILROAD COMPANY, a business organization of unknown status; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No**. CIV. S-04-678 FCD PAN<br><br>**STIPULATION AND ORDER OF PARTIES TO CONTINUE PRETRIAL CONFERENCE DATE**<br><br>Present date: October 14, 2005 |

13249-33556 AHN 508452.1

1
-

**STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE**

## RECITALS

1. The Court has scheduled a pretrial conference date of October 14, 2005.

2. Trial is set for February 14, 2006.

3. The parties had attempted an unsuccessful mediation prior to the Court's ruling on Defendants' dispositive motion on July 8, 2005.

3. The parties received a ruling on Defendants' dispositive motion in late July 2005 and a motion for reconsideration concerning the same in early September 2005.

4. The parties would like to explore and possibly attempt another mediation of this matter. The October 14, 2005 pretrial conference date is imminent and does not permit the parties' sufficient time to attempt another mediation.

## STIPULATION/REQUEST

5. Therefore, the parties stipulate and request that the Court continue the pretrial conference and attendant deadlines for 30-60 days.

6. The parties request that the trial date remain February 14, 2006.

DATED: September 28, 2005

                        LOMBARDI, LOPER & CONANT, LLP

                        By: /s/ An H. Nguyen
                        AN H. NGUYEN, for Defendants
                        National Railroad Passenger Corporation, Union Pacific Railroad Company and Jacob Keating

DATED: September 28, 2005

                        LAW OFFICES OF ROBERT A. PIERING

                        By: /s/ Robert A. Piering
                        ROBERT A. PIERING, for Plaintiffs Joshua Ward and Fonda Ward

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

13249-33556 AHN 508452.1        - 2 -
STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE

**<u>ORDER</u>**

IT IS SO ORDERED. The pretrial conference date shall be continued to December 9, 2005 at 2:30p.m. The joint pretrial statement shall be filed 7 days prior to this date.

DATED: _September 29, 2005

By: /s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
U.S. DISTRICT COURT JUDGE

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

13249-33556 AHN 508452.1                                    - 1 -

**STIPULATION AND ORDER TO CONTINUE PRETRIAL**