B. CLYDE HUTCHINSON, SBN 037526
chutchinson@llcllp.com
AN H. NGUYEN, SBN 215453
ahn@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION,
UNION PACIFIC RAILROAD COMPANY, AND
JACOB KEATING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA WARD, FONDA WARD,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION/CALTRANS; CALIFORNIA AMTRAK; STATE OF CALIFORNIA; JACOB KEATING; COUNTY OF SACRAMENTO; COUNTY OF YOLO; CITY OF WEST SACRAMENTO; UNION PACIFIC RAILROAD COMPANY, a business organization of unknown status; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No.** CIV S-04-678 FCD PAN<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE— EACH PARTY TO BEAR THEIR OWN COSTS** |

Plaintiffs JOSHUA WARD and FONDA WARD, and Defendants NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, AND JACOB KEATING by and through their counsel of record hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice as to Defendant NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, AND

JACOB KEATING pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear their own costs.

DATED: March 15, 2006             LOMBARDI, LOPER & CONANT, LLP

By: _____/s/ An H. Nguyen_____
AN H. NGUYEN
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORP.,
UNION PACIFIC RAILROAD CO., AND
JACOB KEATING

DATED: March 15, 2006             LAW OFFICES OF ROBERT A. PIERING

By: _____/s/ Robert A. Piering_____
ROBERT A. PIERING
Attorneys for Plaintiffs
JOSHUA WARD AND FONDA WARD

**ORDER**

IT IS SO ORDERED.

DATED: May 15, 2006

By: /s/ Frank C. Damrell Jr.
U.S. District Court Judge

2
Case No. CIV S-04-678 FCD PAN
STIP & ORDER OF DISMISSAL WITH PREJUDICE – EACH PARTY TO BEAR THEIR OWN COSTS

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

13249-33556 AHN 513278.1